IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEE C. FEIL, BETTY PARKS, AUDRA MILLER, DAWN ROTTINGHAUS, CONNIE PONTIUS, JOHN DONALDSON, AND MICHELLE DONALDSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MBNA AMERICA BANK, N.A., and WOLPOFF & ABRAMSON, LLP,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.   05-2459 JWL<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL**

For the purpose of removing this case to the United States District Court for the District of Kansas pursuant to 28 U.S.C. § 1441, Defendants MBNA America Bank, N.A., and Wolpoff & Abramson, LLP ("Defendants"), state as follows:

**PRELIMINARY STATEMENT**

1.　On or about September 23, 2005, Plaintiffs Lee C. Feil, Betty Parks, Audra Miller, Dawn Rottinghaus, Connie Pontius, John Donaldson, and Michelle Donaldson ("Plaintiffs") filed their original Petition for Damages in the District Court of Wyandotte County, Kansas, apparently asserting claims for violations of the Kansas Consumer Protection Act.

2.　As pled in the Petition for Damages, Defendant MBNA America Bank, N.A. ("MBNA"), is a national banking association with its principle place of business in Delaware.

3.　Defendant Wolpoff & Abramson, LLP ("W&A"), is a limited liability partnership with its primary office located in Maryland.

4.　Neither of the Defendants is a citizen of the State of Kansas.

5. Defendant W&A was served with the Petition for Damages on September 27, 2005.

6. MBNA has not been served.

7. In paragraphs 8 & 10 of the Petition for Damages, Plaintiffs have alleged that Defendant MBNA committed seventeen separate violations of the Kansas Consumer Protection Act.

8. In paragraphs 9 & 11 of the Petition of Damages, Plaintiffs have alleged that Defendant W&A committed twenty-two violations of the Kansas Consumer Protection Act.

9. In its prayer for relief, Plaintiffs request declaratory relief, injunctive relief, $20,000.00 damages per willful and intentional violation, $10,000.00 per violation, and Plaintiffs' reasonable investigation and attorneys' fees.

10. On its face, the Petition for Damages alleges potential statutory damages that could total as much as $780,000.00  This figure does not include the value of Plaintiffs' claims for declaratory and injunctive relief, nor attorneys' fees.

11. Pursuant to 28 U.S.C. § 1332(a), the matter in controversy for this lawsuit exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.  As such, this Court has diversity jurisdiction over this dispute.

12. Concurrent with the filing of this Notice of Removal, the Removing Defendants are giving written notice of the Notice of Removal to the District Court of Wyandotte County, Kansas.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

s/ Joshua C. Dickinson
Mark A. Thornhill KS #70197
Joshua C. Dickinson KS #20632
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Telephone: 816/474-8100
Facsimile: 816/474-3216
E-Mail: mthornhill@spencerfane.com
jdickinson@spencerfane.com

ATTORNEYS FOR DEFENDANTS

**Certificate of Service**

I hereby certify a copy of the foregoing was served via U.S. Mail, postage prepaid, this 26th day of October, 2005, upon:

David E. Herron II
P. O. Box 2778
Kansas City, KS 66110

Attorney for Plaintiffs

s/ Joshua C. Dickinson
Attorney for Defendants