# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**LEE C. FEIL, et al.,**

    **Plaintiffs,**

    **v.**                                             **Case No. 05-2459-JWL**

**MBNA AMERICA BANK, NA and**
**WOLPOFF & ABRAMSON, LLP,**

    **Defendants.**

## ORDER

In light of plaintiffs' Response to Order to Show Cause (doc. #48), **IT IS HEREBY ORDERED** that

    1.) plaintiffs' Motion to Vacate Arbitration Award (doc. #37) has been voluntarily withdrawn by plaintiffs;

    2.) the Motion of Defendant MBNA to Confirm the Arbitrator's Award (doc. #43), which has been joined in by defendant Wolpoff & Abramson, LLP (doc. #44), is granted as unopposed; and

    3.) the clerk is directed to enter judgment against plaintiffs Lee C. Feil, Dawn Rottinghaus, John Donaldson, and Michelle Donaldson and in favor of defendants MBNA America Bank, NA and Wolpoff & Abramson, LLP according to the arbitrator's decision.

**IT IS SO ORDERED** this 27th day of November, 2007.

                                                  s/ John W. Lungstrum
                                                  John W. Lungstrum
                                                  United States District Judge