AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF **KANSAS**

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER:

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☐ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

_Date_

RALPH L. DeLOACH

_Clerk_

_(By) Deputy Clerk_